**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Two Rivers Farms F-2, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2625433** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **999 18th Street, Suite 3000-S**<br>**Denver, CO 80202**<br><u>Number, Street, City, State & ZIP Code</u> | **[Same]**<br><br><u>P.O. Box, Number, Street, City, State & ZIP Code</u> |
| | | **Denver**<br><u>County</u> | **Location of principal assets, if different from principal place of business**<br><br><u>Number, Street, City, State & ZIP Code</u> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Two Rivers Farms F-2, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **Two Rivers Farms F-2, Inc.**                                           Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases**  ☐ No
**pending or being filed by a**  ■ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,      Debtor  **The Orlando Reservoir No. 2 Company LLC**   Relationship  **Affiliate**
attach a separate list
District  **Colorado**      When  **7/19/23**   Case number, if known  **23-13178**

**11.  Why is the case filed in**   *Check all that apply:*
**this district?**
■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**   ■ No
**have possession of any**   ☐ Yes.
**real property or personal**       Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**       **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____
**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
Contact name  _____
Phone  _____

▮  **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☐ 1-49           ☐ 1,000-5,000      ☐ 25,000-50,000
**creditors**        ☐ 50-99          ☐ 5001-10,000      ☐ 50,001-100,000
■ 100-199        ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**   ☐ $0 - $50,000          ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor  **Two Rivers Farms F-2, Inc.**                                              Case number (*if known*) _____
     Name

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  6, 2023**
                MM / DD / YYYY

**X** **/s/ Greg Harrington**                                    **Greg Harrington**
Signature of authorized representative of debtor        Printed name

Title _____

**18. Signature of attorney**

**X** **/s/ K. Jamie Buechler**                    Date    **December  6, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**K. Jamie Buechler 30906**
Printed name

**Buechler Law Office, L.L.C.**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone    **720-381-0045**      Email address    **Jamie@kjblawoffice.com**

**30906 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Two Rivers Farms F-2, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  6, 2023**          X **/s/ Greg Harrington**
_____             _____
                                            Signature of individual signing on behalf of debtor

                                            **Greg Harrington**
                                            _____
                                            Printed name

                                            _____
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name __**Two Rivers Farms F-2, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $      **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................ $      **615,000.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................. $      **615,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **13,805,107.12**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $      **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      **2,294,754.84**

4. Total liabilities .............................................................................................................
   Lines 2 + 3a + 3b      $      **16,099,861.96**

| Fill in this information to identify the case: |
|---|

Debtor name **Two Rivers Farms F-2, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Orlando Reservoir #2, Huerfano County, Colorado** | Fee Simple | $2,554,000.00 | Appraisal (2012) | Unknown |
| 55.2.   **Land (Sections 17, 18, 19 and 20) and two ditch water rights Huerfano County, Colorado** | Fee simple | $2,641,000.00 | Appraisal (2012) | Unknown |
| 55.3.   **Water Rights Orlando Reservoir #2 (except Spruce Mountain)** | 100% | Unknown | | Unknown |

56.   **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Two Rivers Farms F-2, Inc.**                                           Case number *(If known)* _____
         Name

---

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Capital Improvements** | **$615,000.00** |
| **Master Service Agreement Marksheffel Woodman Investments, LLC** | **Unknown** |
| **Grazing rights** | **Unknown** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$615,000.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

Debtor    **Two Rivers Farms F-2, Inc.**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $615,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $615,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $615,000.00 |

**Fill in this information to identify the case:**

Debtor name **Two Rivers Farms F-2, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Buxman Kwitek & Ohlsen, P.C.**<br>Creditor's Name<br><br>**601 N. Main St., Ste. 200 Pueblo, CO 81003**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**November 9, 2011**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Various Promissory Notes; Secured by The Orlando Reservoir Land and Water**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$5,332,000.00** | **$5,332,000.00** |
| **2.2** **Colorado Water Conservation Board**<br>Creditor's Name<br>**1313 Sherman St., Room #721 Denver, CO 80203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Secured by Orlando Reservoir No. 2, Land & Water**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$473,107.12** | **$5,195,000.00** |

Debtor **Two Rivers Farms F-2, Inc.**

Name

Case number (if known) _____

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GrowCo Partners 1, LLC** | Describe debtor's property that is subject to a lien | $4,000,000.00 | $0.00 |

Creditor's Name

**GPC-1 Deed of Trust**
**Orlando Reservoir No. 2, Water & Land**

**c/o VetaNova, Inc.**
**2831 St Rose Parkway, #200**
**Henderson, NV 89052**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **GrowCo, Inc.** | Describe debtor's property that is subject to a lien | $4,000,000.00 | $0.00 |

Creditor's Name

**GrowCo Deed of Trust**
**Orlando Reservoir No. 2, Water & Land**

**c/o John R. McKowen**
**335A Josephine Street**
**Denver, CO 80206**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

☐ No

■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **TR Capital Partners, LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Land & water rights**

**999 18th St., Suite 3000-S**
**Denver, CO 80202**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor   **Two Rivers Farms F-2, Inc.**                              Case number (if known) _____
         Name

_____        **Is the creditor an insider or related party?**
Creditor's email address, if known      ☐ No
                                         ■ Yes

**Date debt was incurred**               **Is anyone else liable on this claim?**
                                         ☐ No
**Last 4 digits of account number**      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its          ☐ Disputed
relative priority.
_____

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $13,805,107.12

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **Two Rivers Farms F-2, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Colorado Department of Revneue**<br>**1881 Pierce Street**<br>**Denver, CO 80214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|  | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|  | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Two Rivers Farms F-2, Inc.**                    Case number (if known) _____

Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adalyn G. Frank, IRA**
**6053 Florey Rd.**
**Hanover, MD 21076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2011**

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Linn**
**980 Adams Rd.**
**Winchester, VA 22603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $59,497.42 |
|---|---|---|---|

**Agriwater Farms, LLC**
**2083 County Road 104**
**Rye, CO 81069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract Labor & Equipment Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Swartz-Angela IRA Resources, Inc**
**6825 La Jolla Blvd.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashley Weatherford R/O IRA**
**2 Perimeter Park W., Ste. 100 W**
**Birmingham, AL 35243**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,754.88 |
|---|---|---|---|

**BBA Water Consultants, Inc.**
**333 W. Hampden Ave., Suite 1050**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Belva Barbalace**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Two Rivers Farms F-2, Inc.**                                     Case number (if known) _____

Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Biznation, LLC**
**c/o Jessee Dovich**
**12163 Keenland Dr.**
**Rancho Cucamonga, CA 91739**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __**2015**__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blue & Green, LLC**
**Chad Kirby, Manager**
**8200 S. Quebec St., #A3-796**
**Centennial, CO 80112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __**2015**__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brant Wiwi**
**11956 Laurelwood Dr., Ste. 9**
**Studio City, CA 91604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __**2015**__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brenda Forwood**
**1464 Bethel Rd.**
**Garnet Valley, PA 19060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bruce Robinson**
**4331 Lake Forest Ct.**
**Finksburg, MD 21048**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __**11/9/2011**__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Capital Properties LLC**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carl Swarts**
**Equity Trust Co. IRA Acct 177072**
**1 Equity Way**
**Westlake, OH 44145**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __**2015**__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number *(if known)* | |
|--------|--------------------------------|--------------------------|--|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00**

**Carson Consulting LLC**
**15300 N. 90th Street, Ste. 950**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  __Administrative and Marketing Fee__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles & Sandra Curtis JWROS**
**902 Windsor Ln**
**Key West, FL 33040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles and Sandra Curtis**
**902 Windsor Ln.**
**Key West, FL 33040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles B. Kirby**
**6161 S. Syracuse Way, #320**
**Greenwood Village, CO 80111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles Biemiller IRA**
**Sterne Agee Custodian fba**
**2 Perimeter Park S, Ste. 100 W**
**Birmingham, AL 35243**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles J. Bloom IRA**
**Janney Montgomery Scott LLC Cust., FBO**
**Charles J. Bloom IRA #1621-2560**
**1717 Arch Street**
**Philadelphia, PA 19103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles Scheuerman and Lisa Scheuerman**
**JTWROS**
**12529 Kings Gate Dr.**
**Kingsville, MD 21087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2011__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Two Rivers Farms F-2, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Williams**
**812 Philladelphia Rd.**
**Joppa, MD 21085**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **2011**

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Gordon, IRA**
**4440 Willard Ave., Apt. 736**
**Chevy Chase, MD 20815**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **2011**

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Morris**
**277 Central Drive**
**Phoenixville, PA 19460**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **2015**

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Constantine Hagepanos**
**7909 Ardmore Ave.**
**Baltimore, MD 21234**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **2015**

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Constantine Hagepanos R/O IRA**
**7909 Ardmore Ave**
**Baltimore, MD 21234**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **2015**

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cotswold Foundation**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,252.00 |
|---|---|---|---|

**Curley & Rothman LLC**
**1100 E. Hector Street, Suite 425**
**Conshohocken, PA 19428**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Two Rivers Farms F-2, Inc.**
_____
Name

Case number *(if known)* _____

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Foster IRA**
**2850 NW Lacamas Dr**
**Camas, WA 98607**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David A. Jenkins**
**9611 North US Hwy 1**
**Box 390**
**Sebastian, FL 32958**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Hawks**
**1694 Sun Berry Ct.**
**Finksburg, MD 21048**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __2011__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Marshall**
**626 Gilgalad Way**
**Fort Collins, CO 80526**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominik Barbalace and Belva Barvalace**
**126 Sonata Way**
**Centreville, MD 21638**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __2011__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donald S. Darendinger Rev. Trust u/a**
**27270 Lillegard Ct.**
**Tracy, CA 95304**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Easby Trust 1**
**4400 N. Scottsdale Rd., Ste. 9-289**
**Scottsdale, AZ 85251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loans**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Easby Trust 2**
**4400 N. Scottsdale Rd., Ste. 9-289**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loans__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Easby Trust 3**
**4400 N. Scottsdale Rd., Ste 9-289**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loans__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Easby Trust 4**
**4400 N. Scottsdale Rd., Ste 9-289**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loans__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Easby Trust 5**
**4400 N. Scottsdale Rd., Ste 9-289**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loans__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Easby Trust 6**
**4400 N. Scottsdale Rd., Ste 9-289**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loans__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Elevation Fund**
**6161 S. Syracuse Way, #320**
**Greenwood Village, CO 80111**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Eleventh Generation**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Two Rivers Farms F-2, Inc.**                                   Case number (if known) _____

Name

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800,000.00** |

**Emerging Growth Equities**
**Greg Berlacher, President**
**One Town Place, Suite 200**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade/Professional (Judgment - Philadelphia, PA__
__lawsuit)__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Eric Petersen**
**378 Conklin Rd**
**Stanfordville, NY 12581**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  2015

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Eric Porter**
**200 Alta Vista Ave**
**La Jolla, CA 92037**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  2015

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ernest Dufresne**
**476 Gianna Way**
**Saint Augustine, FL 32086**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  2015

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**F. Richard Stark**
**110008 Spring House Court**
**Potomac, MD 20854**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  2015

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Francis & Jeffrey Chan**
**2400 Powers Ferry Dr. SE**
**Marietta, GA 30067**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  2011

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Frank & Shirley Mills**
**548 Palo Alto Ave.**
**Palo Alto, CA 94301**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  2015

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Two Rivers Farms F-2, Inc.**
_____   Case number *(if known)* _____
Name

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Frank Guy**
**3326 Glenway Dr.**
**Kensington, MD 20895**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2011**

**Basis for the claim:   Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**G. Douglas Anderton**
**2000 Mallory Lane #130-55**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Loans**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Geoffrey Poremba**
**20338 86th Pl. NE**
**Bothell, WA 98011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2011**

**Basis for the claim:   Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Rosch**
**29 Huntington Pl.**
**Bel Air, MD 21014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

**Basis for the claim:   Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory A. Harrison**
**16209 Kimberly Grove**
**Gaithersburg, MD 20878**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

**Basis for the claim:   Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Growth Ventures, Inc Profit Sharing Plan**
**14 Red Tail Drive**
**Highlands Ranch, CO 80126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

**Basis for the claim:   Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Growth Ventures, Inc. Pension Plan**
**14 Red Tail Drive**
**Highlands Ranch, CO 80126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

**Basis for the claim:   Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Two Rivers Farms F-2, Inc.**        Case number (if known)

Name

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gus Blass, III**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Harding, Wayne IRA Resources, Inc. FBO**
**c/o GrowCo, Inc.**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Harnish, Michael IRA Resources Inc.**
**c/o GrowCo, Inc.**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Heather Evans**
**12906 N. 4th St.**
**Parker, CO 80134**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __2015__

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**High Speed Aggregate Inc.**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hugo Zimmermann**
**Via Tull 7 7017**
**Flims Dorf**
**Switzerland**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __2015__

**Basis for the claim:** __Notice Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Two Rivers Farms F-2, Inc.__                                    Case number *(if known)* _____

Name

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**I. Wistar Morris IRA**
**5 Radnor Corporate Center, Ste. 450**
**100 Matsonford Rd**
**Radnor, PA 19087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|------|---|---|---|

**Investors Fiduciary, LLC**
**4400 N. Scottsdale Rd., Ste. 9-289**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Loans__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**IRA Resources, Inc.**
**fbo I. Wistar Morris, IRA**
**6825 La Jolla Blvd.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2011__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**Jack Garson and Mary Garson**
**11223 Riverview Dr.**
**Potomac, MD 20854**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2011__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**Jacob A. & Michelle K. Bevan**
**c/o GrowCo Partners 1, LLC**
**2831 St Rose Parkway, #200**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**James Cochran**
**5445 S Grape Lane**
**Greenwood Village, CO 80121**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**James Streett**
**5611 Williams Rd.**
**Hydes, MD 21082**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2011__

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Two Rivers Farms F-2, Inc.**                                    Case number *(if known)* _____
                     Name

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James Walker**
**4280 Ten Oaks Rd.**
**Dayton, MD 21036**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2011**

**Basis for the claim:  Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James Williams**
**812 Philadelphia Rd.**
**Joppa, MD 21085**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2011**

**Basis for the claim:  Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Jason Paulley R/O IRA**
**fbo Jason Paulley RO IRA**
**2 Perimeter Park S., Ste. 100 W**
**Birmingham, AL 35243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2015**

**Basis for the claim:  Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Jason Paulley Roth IRA**
**2 Perimeter Park S., Ste. 100W**
**Birmingham, AL 35243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2015**

**Basis for the claim:  Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JDC Ventures, LLC**
**5445 S Grape Lane**
**Greenwood Village, CO 80121**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2015**

**Basis for the claim:  Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Jeff Porter**
**200 Alta Vista Ave.**
**Mill Valley, CA 94904**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2015**

**Basis for the claim:  Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Jesse Dovich**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Two Rivers Farms F-2, Inc.**                                      Case number *(if known)*
_____
Name

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JMW Fund, LLC**
**4 Richland Place**
**Pasadena, CA 91103**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Alesandro**
**15 Westgate Road**
**Erial, NJ 08081**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Black**
**25335 March Landing Pkwy**
**Ponte Vedra Beach, FL 32082**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**John J. Blum**
**6 Mink Hollow Ct.**
**Owings Mills, MD 21117**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**John R. Rogers**
**2 Perimeter Park S., Ste. 100 W**
**Birmingham, AL 35243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**John R. Rogers SEP IRA**
**2 Perimeter Park S., Ste. 100 W**
**Birmingham, AL 35243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon D. and Linda W. Gruber Trust**
**300 Tamal Plaza, Ste. 280**
**Corte Madera, CA 94925**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jordan Family LLC**
**c/o GrowCo Partners 1, LLC**
**c/o VetaNova, Inc.**
**2831 St Rose Parkway, #200**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph R. Stranger**
**206 East Dr.**
**Princeton, WV 24740**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JPG Investments, LLC**
**4 Richland Pl.**
**Pasadena, CA 91103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley, Matthew Pensco Trust, FBO**
**c/o GrowCo, Inc.**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly, Megan Pensco Trust, FBO Megan**
**c/o GrowCo, Inc.**
**c/o VetaNova, Inc.**
**2831 St. Rose Parkway, #200**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kirby Enterprise Fund**
**6161 S. Syracuse Way, #320**
**Greenwood Village, CO 80111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Two Rivers Farms F-2, Inc.**                          Case number (if known)
_____
Name

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Konrad & Linda Kuhn**
**5 Water Rd.**
**Rocky Point, NY 11778**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2015**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**L.A. & Linda Walker**
**5734 Oso Parkway**
**Corpus Christi, TX 78414**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2015**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Lawrence & Karen Cake**
**32345 Apron Way**
**Long Neck, DE 19966**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2015**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Lee James Wagner**
**430 Edgewood Rd**
**San Mateo, CA 94402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2015**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Lloyd Grant**
**128 Belglen Way**
**Los Gatos, CA 95032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2015**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Loughran, Mary SEP IRA NDIRA, Inc.**
**1070 W. Century Dr., #101**
**Louisville, CO 80027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2015**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Margaret Elizabeth Crumbley**
**1090 Wrayswood Rd.**
**Watkinsville, GA 30677**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2015**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Two Rivers Farms F-2, Inc.**                                      Case number (if known) _____
Name

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Marksheffel-Woodmen Investments, LLC**
**Family Ranch Holdings, LLC**
**c/oAlpern Myers Stuart LLC**
**14 North Sierra Madre St., Suite A**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Service Agreement, as amended**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Martha H. Morris**
**234 Broughton Lane**
**Villanova, PA 19085**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Maureen Miller**
**IRA Resources, Inc. FBO**
**6825 La Jolla Blvd.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,475.54 |
|-------|---|---|---|

**Melito Law LLC**
**1875 Lawrence Street, Suite 730**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Legal Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael and Linda Harnish**
**6825 La Jolla Blvd.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Berenhaus**
**10648 Muirfield Dr.**
**Potomac, MD 20854**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael S. Barrish**
**c/o Cambiar Investors**
**2401 E Second Ave., Ste. 600**
**Denver, CO 80206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Two Rivers Farms F-2, Inc.** _____  Case number *(if known)* _____
                   Name

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Miller, Maureen IRA Resources, Inc. FBO**
**c/o GrowCo, Inc.**
**335A Josephine Street**
**Denver, CO 80206**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Nazim Lokhandwala**
**7411 Paxton Rd.**
**Highlands Ranch, CO 80126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **2011**

Last 4 digits of account number  _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Njevity, Inc.**
**c/o GrowCo Partners 1, LLC**
**2831 St Rose Parkway, #200**
**Henderson, NV 89052**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Norman McClain**
**PO Box 36**
**Robertsdale, PA 16674**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,629.00**
**Patrick, Miller, Noto, PC**
**0197 Prospector Rd., Ste. 2104A**
**Aspen, CO 81611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Paul D. Powell Nevada Trust**
**4171 Gerald St.**
**Pahrump, NV 89048**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Paul Hartmann R/O IRA**
**2 Perimeter Park S., Ste. 100W**
**Birmingham, AL 35243**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Two Rivers Farms F-2, Inc.**                                          Case number (if known) _____
        Name

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

3.111 | **Nonpriority creditor's name and mailing address**
Paul Powell
21508 Bethel Rd.
Tecumseh, OK 74873

Date(s) debt was incurred  **2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.112 | **Nonpriority creditor's name and mailing address**
PENSCO Trust Company, Custodian
fbo Megan Kelley
PO Box 173859
Denver, CO 80217

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.113 | **Nonpriority creditor's name and mailing address**
PENSCO Trust Company, Custodian
fbo Matthew Kelley
PO Box 173859
Denver, CO 80217

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.114 | **Nonpriority creditor's name and mailing address**
Presley Reed and Patricia Reed
375 Bellevue Dr.
Boulder, CO 80302

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.115 | **Nonpriority creditor's name and mailing address**
Raymond G. Tinney
1995 Intervivos Trust, U/A 6/21/95
Raymond Tinney, trustee
444 Monroe Drive
Palo Alto, CA 94306

Date(s) debt was incurred  **2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

3.116 | **Nonpriority creditor's name and mailing address**
Richard Stark
11008 Spring House Ct.
Potomac, MD 20854

Date(s) debt was incurred  **2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.117 | **Nonpriority creditor's name and mailing address**
Richard Wiwi IRA 35-37093
6825 La Jolla Blvd
La Jolla, CA 92037

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Two Rivers Farms F-2, Inc.**                                    Case number (if known) _____
         _____
         Name

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |

**3.118** Nonpriority creditor's name and mailing address
**Richland Fund, LLC**
**4 Richland Pl.**
**Pasadena, CA 91103**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address
**Ripsaw Partners, LLC**
**Milo Tedstrom**
**1777 Larimer St., Unit 1510**
**Denver, CO 80202**

Date(s) debt was incurred  **2011**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address
**Robert Mark Harrington**
**2083 County Road 104**
**Walsenburg, CO 81089**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                **$17,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Systems Labor Fee**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address
**Robert Stanger**
**c/o GrowCo Partners 1, LLC**
**c/o VetaNova, Inc.**
**2831 St Rose Parkway, #200**
**Henderson, NV 89052**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address
**Samuel W. Morris, Jr.**
**60 Foxcroft Lane**
**Phoenixville, PA 19460**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address
**San Gabriel Benf. Plan FBO John McGrain**
**4 Richland Pl.**
**Pasadena, CA 91103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address
**San Gabriel Benf. Plan FBO Justin Yorke**
**4 Richland Pl.**
**Pasadena, CA 91103**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Two Rivers Farms F-2, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.125

**Nonpriority creditor's name and mailing address**

**San Gabriel Fund, LLC**
**4 Richland Pl.**
**Pasadena, CA 91103**

**Date(s) debt was incurred  2015**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.126

**Nonpriority creditor's name and mailing address**

**Sandra Diaz R/O IRA**
**c/o GrowCo Partners 1, LLC**
**2000 S. Colorado Blvd.**
**Tower 1, Suite 3100**
**Denver, CO 80222**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.127

**Nonpriority creditor's name and mailing address**

**SLMI Holding LLC**
**1805 N. Carson St, #383**
**Carson City, NV 89701**

**Date(s) debt was incurred  2015**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.128

**Nonpriority creditor's name and mailing address**

**Sondra W. Margolies**
**191 Presidential Blvd. #912**
**Bala Cynwyd, PA 19004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.129

**Nonpriority creditor's name and mailing address**

**Stanley Minkin and Larisa Minkin JTWROS**
**503 Tristan Lane**
**Baltimore, MD 21208**

**Date(s) debt was incurred  2011**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.130

**Nonpriority creditor's name and mailing address**

**Stephen D. Brown**
**24 Tower Road**
**Lincoln, MA 01773**

**Date(s) debt was incurred  2015**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.131

**Nonpriority creditor's name and mailing address**

**Stephen Troutman**
**2600 Cherry Laurel Ct.**
**Abingdon, MD 21009**

**Date(s) debt was incurred  2015**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Two Rivers Farms F-2, Inc.**                                     Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** |

**Susan Doukas**
**1102 Newfield Road**
**Gwynn Oak, MD 21207**

**Date(s) debt was incurred** _2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** |

**The Contiguglia Law Firm, P.C.**
**138 W. 5th Ave**
**Denver, CO 80204**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                              **$24,896.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Legal Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** |

**Thomas Forti**
**7270 S. Logan St.**
**Centennial, CO 80122**

**Date(s) debt was incurred** _2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** |

**Thomas Prasil Trust u/a/d 11-26-03**
**3935 E. San Miguel Ave.**
**Paradise Valley, AZ 85253**

**Date(s) debt was incurred** _2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** |

**Thomas Ziemann, IRA**
**1304 Boggs Rd.**
**Forest Hill, MD 21050**

**Date(s) debt was incurred** _2011_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** |

**Timothy & Patricia Gillis**
**8 Bandon Ct., #302**
**Lutherville Timonium, MD 21093**

**Date(s) debt was incurred** _2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** |

**Tom Ellison**
**PO Box 215**
**Boulder, CO 80306**

**Date(s) debt was incurred** _2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Two Rivers Farms F-2, Inc.**                          Case number (if known) _____
Name

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ursula Gutscher**
**Via Tull 7 7017**
**Flims Dorf**
**Switzerland**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VetaNova, Inc.**
**2831 St Rose Parkway, #200**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wardenburg 2009 Family Trust**
**2249 S. McDowell Ext.**
**Petaluma, CA 94954**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wayne Harding**
**IRA Resources, Inc. FBA**
**6825 La Jolla Blvd.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**West Hampton Special Situations Fund**
**6161 S. Syracuse Way, #320**
**Greenwood Village, CO 80111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Bohlken and Kathy Lynn Adams**
**248 Primrose Road**
**Burlingame, CA 94010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2011__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William C. Kottke R/O IRA**
**2 Perimeter Park S., Ste 100W**
**Birmingham, AL 35243**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Two Rivers Farms F-2, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cozen O'Connor**<br>**45 Broadway, 16th Floor**<br>**New York, NY 10006** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Matthew T. Faga, Esq.**<br>**1775 Sherman Street, Suite 1950**<br>**Denver, CO 80203** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,294,754.84 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,294,754.84 |

Fill in this information to identify the case:

Debtor name   **Two Rivers Farms F-2, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Subordination Agreement dated March 13, 2012 (together with Buxman Kwitek & Ohlsen, P.C.)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Colorado Water Conservation Board 1313 Sherman Street, Rm 721 Denver, CO 80203** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Loan Contract dated February 7, 2012**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Colorado Water Conservation Board 1313 Sherman St. Room #721 Denver, CO 80203** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Service Agreement dated January 28, 2011, As Amended**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marksheffel-Woodmen Investments, LLC Family Ranch Holdings c/o Alpern Myers Stuart LLC 14 North Sierra Madre Street, Ste. A Colorado Springs, CO 80903** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Grazing Land Lease (Expires 10/9/23)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tom Sikes 8201 Hwy 25 South Pueblo, CO 81004** |

**Fill in this information to identify the case:**

Debtor name __**Two Rivers Farms F-2, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **GrowCo** | **2000 S. Colorado Blvd. Tower I, Suite 3100 Denver, CO 80222** | **TR Capital Partners, LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **GrowCo, Inc.** | **335A Josephine Street Denver, CO 80206** | **Adam Linn** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.3 | **GrowCo, Inc.** | **c/o John R. McKowen 335A Josephine Street Denver, CO 80206** | **Angela Swartz-Angela IRA Resources, Inc** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.4 | **GrowCo, Inc.** | **c/o John R. McKowen 335A Josephine Street Denver, CO 80206** | **Ashley Weatherford R/O IRA** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

| Debtor | **Two Rivers Farms F-2, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Belva Barbalace** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.6 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Biznation, LLC** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.7 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Blue & Green, LLC** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.8 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Brant Wiwi** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.9 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Brenda Forwood** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.10 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Capital Properties LLC** | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.11 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Carl Swarts** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |

Debtor __Two Rivers Farms F-2, Inc._____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Charles & Sandra Curtis JWROS** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.13 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Charles and Sandra Curtis** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.14 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Charles B. Kirby** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.15 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Charles Biemiller IRA** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.16 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Charles J. Bloom IRA** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.17 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Christopher Morris** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.18 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Constantine Hagepanos** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |

Debtor   **Two Rivers Farms F-2, Inc.**          Case number *(if known)*  _____

| | | |
|---|---|---|
| █ | **Additional Page to List More Codebtors** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.19 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Constantine Hagepanos R/O IRA** | ☐ D _____<br>■ E/F  **3.26**<br>☐ G _____ |
| 2.20 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Cotswold Foundation** | ☐ D _____<br>■ E/F  **3.27**<br>☐ G _____ |
| 2.21 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **David A. Jenkins** | ☐ D _____<br>■ E/F  **3.30**<br>☐ G _____ |
| 2.22 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **David Marshall** | ☐ D _____<br>■ E/F  **3.32**<br>☐ G _____ |
| 2.23 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Donald S. Darendinger Rev. Trust u/a** | ☐ D _____<br>■ E/F  **3.34**<br>☐ G _____ |
| 2.24 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Elevation Fund** | ☐ D _____<br>■ E/F  **3.41**<br>☐ G _____ |
| 2.25 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Eleventh Generation** | ☐ D _____<br>■ E/F  **3.42**<br>☐ G _____ |

Debtor **Two Rivers Farms F-2, Inc.**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.26 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Eric Petersen** | ☐ D _____<br>■ E/F **3.44**<br>☐ G _____ |
| 2.27 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Eric Porter** | ☐ D _____<br>■ E/F **3.45**<br>☐ G _____ |
| 2.28 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Ernest Dufresne** | ☐ D _____<br>■ E/F **3.46**<br>☐ G _____ |
| 2.29 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **F. Richard Stark** | ☐ D _____<br>■ E/F **3.47**<br>☐ G _____ |
| 2.30 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Francis & Jeffrey Chan** | ☐ D _____<br>■ E/F **3.48**<br>☐ G _____ |
| 2.31 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Frank & Shirley Mills** | ☐ D _____<br>■ E/F **3.49**<br>☐ G _____ |
| 2.32 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Frank Guy** | ☐ D _____<br>■ E/F **3.50**<br>☐ G _____ |

Debtor   **Two Rivers Farms F-2, Inc.**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| 2.33 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **G. Douglas Anderton** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.34 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **George Rosch** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.35 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Gregory A. Harrison** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.36 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Growth Ventures, Inc**<br>**Profit Sharing Plan** | ☐ D _____<br>■ E/F __3.55__<br>☐ G _____ |
| 2.37 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Growth Ventures,**<br>**Inc. Pension Plan** | ☐ D _____<br>■ E/F __3.56__<br>☐ G _____ |
| 2.38 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Gus Blass, III** | ☐ D _____<br>■ E/F __3.57__<br>☐ G _____ |
| 2.39 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Harding, Wayne IRA**<br>**Resources, Inc. FBO** | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |

Debtor   **Two Rivers Farms F-2, Inc.**                              Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.40 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Harnish, Michael IRA Resources Inc.** | ☐ D ____<br>■ E/F ____ **3.59**<br>☐ G ____ |
| 2.41 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Heather Evans** | ☐ D ____<br>■ E/F ____ **3.60**<br>☐ G ____ |
| 2.42 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **High Speed Aggregate Inc.** | ☐ D ____<br>■ E/F ____ **3.61**<br>☐ G ____ |
| 2.43 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Hugo Zimmermann** | ☐ D ____<br>■ E/F ____ **3.62**<br>☐ G ____ |
| 2.44 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **I. Wistar Morris IRA** | ☐ D ____<br>■ E/F ____ **3.63**<br>☐ G ____ |
| 2.45 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jacob A. & Michelle K. Bevan** | ☐ D ____<br>■ E/F ____ **3.67**<br>☐ G ____ |
| 2.46 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **James Cochran** | ☐ D ____<br>■ E/F ____ **3.68**<br>☐ G ____ |

Debtor  **Two Rivers Farms F-2, Inc.**_____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.47 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jason Paulley R/O IRA** | ☐ D _____<br>■ E/F  __3.72__<br>☐ G _____ |
| 2.48 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jason Paulley Roth IRA** | ☐ D _____<br>■ E/F  __3.73__<br>☐ G _____ |
| 2.49 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **JDC Ventures, LLC** | ☐ D _____<br>■ E/F  __3.74__<br>☐ G _____ |
| 2.50 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jeff Porter** | ☐ D _____<br>■ E/F  __3.75__<br>☐ G _____ |
| 2.51 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jesse Dovich** | ☐ D _____<br>■ E/F  __3.76__<br>☐ G _____ |
| 2.52 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **JMW Fund, LLC** | ☐ D _____<br>■ E/F  __3.77__<br>☐ G _____ |
| 2.53 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **John Alesandro** | ☐ D _____<br>■ E/F  __3.78__<br>☐ G _____ |

Debtor  **Two Rivers Farms F-2, Inc.**                              Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.54 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **John Black** | ☐ D _____<br>■ E/F __3.79__<br>☐ G _____ |
| 2.55 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **John J. Blum** | ☐ D _____<br>■ E/F __3.80__<br>☐ G _____ |
| 2.56 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **John R. Rogers** | ☐ D _____<br>■ E/F __3.81__<br>☐ G _____ |
| 2.57 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **John R. Rogers SEP IRA** | ☐ D _____<br>■ E/F __3.82__<br>☐ G _____ |
| 2.58 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jon D. and Linda W. Gruber Trust** | ☐ D _____<br>■ E/F __3.83__<br>☐ G _____ |
| 2.59 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jordan Family LLC** | ☐ D _____<br>■ E/F __3.84__<br>☐ G _____ |
| 2.60 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Joseph R. Stranger** | ☐ D _____<br>■ E/F __3.85__<br>☐ G _____ |

Debtor    **Two Rivers Farms F-2, Inc.**                                    Case number *(if known)*  _____

▓▓▓▓   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                           *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.61 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **JPG Investments, LLC** | ☐ D _____<br>■ E/F  **3.86**<br>☐ G _____ |
| 2.62 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Kirby Enterprise Fund** | ☐ D _____<br>■ E/F  **3.89**<br>☐ G _____ |
| 2.63 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Konrad & Linda Kuhn** | ☐ D _____<br>■ E/F  **3.90**<br>☐ G _____ |
| 2.64 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **L.A. & Linda Walker** | ☐ D _____<br>■ E/F  **3.91**<br>☐ G _____ |
| 2.65 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Lawrence & Karen Cake** | ☐ D _____<br>■ E/F  **3.92**<br>☐ G _____ |
| 2.66 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Lee James Wagner** | ☐ D _____<br>■ E/F  **3.93**<br>☐ G _____ |
| 2.67 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Lloyd Grant** | ☐ D _____<br>■ E/F  **3.94**<br>☐ G _____ |

Debtor  **Two Rivers Farms F-2, Inc.**     Case number *(if known)* _____

▉  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.68 | **GrowCo, Inc.** | c/o John R. McKowen | **Loughran, Mary SEP** |
| | | 335A Josephine Street | **IRA NDIRA, Inc.** |
| | | Denver, CO 80206 | |

| | |
|---|---|
| ☐ D _____ |
| ■ E/F  __3.95__ |
| ☐ G _____ |

| 2.69 | **GrowCo, Inc.** | c/o John R. McKowen | **Margaret Elizabeth** |
| | | 335A Josephine Street | **Crumbley** |
| | | Denver, CO 80206 | |

☐ D _____
■ E/F  __3.96__
☐ G _____

| 2.70 | **GrowCo, Inc.** | c/o John R. McKowen | **Martha H. Morris** |
| | | 335A Josephine Street | |
| | | Denver, CO 80206 | |

☐ D _____
■ E/F  __3.98__
☐ G _____

| 2.71 | **GrowCo, Inc.** | c/o John R. McKowen | **Maureen Miller** |
| | | 335A Josephine Street | |
| | | Denver, CO 80206 | |

☐ D _____
■ E/F  __3.99__
☐ G _____

| 2.72 | **GrowCo, Inc.** | c/o John R. McKowen | **Michael and Linda** |
| | | 335A Josephine Street | **Harnish** |
| | | Denver, CO 80206 | |

☐ D _____
■ E/F  __3.101__
☐ G _____

| 2.73 | **GrowCo, Inc.** | c/o John R. McKowen | **Michael Berenhaus** |
| | | 335A Josephine Street | |
| | | Denver, CO 80206 | |

☐ D _____
■ E/F  __3.102__
☐ G _____

| 2.74 | **GrowCo, Inc.** | c/o John R. McKowen | **Michael S. Barrish** |
| | | 335A Josephine Street | |
| | | Denver, CO 80206 | |

☐ D _____
■ E/F  __3.103__
☐ G _____

Debtor   **Two Rivers Farms F-2, Inc.**                          Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.75 | **GrowCo, Inc.** | c/o John R. McKowen | **Miller, Maureen IRA** | ☐ D _____ |
| | | 335A Josephine Street | **Resources, Inc. FBO** | ■ E/F __3.104__ |
| | | Denver, CO 80206 | | ☐ G _____ |
| 2.76 | **GrowCo, Inc.** | c/o John R. McKowen | **Nazim Lokhandwala** | ☐ D _____ |
| | | 335A Josephine Street | | ■ E/F __3.105__ |
| | | Denver, CO 80206 | | ☐ G _____ |
| 2.77 | **GrowCo, Inc.** | c/o John R. McKowen | **Njevity, Inc.** | ☐ D _____ |
| | | 335A Josephine Street | | ■ E/F __3.106__ |
| | | Denver, CO 80206 | | ☐ G _____ |
| 2.78 | **GrowCo, Inc.** | c/o John R. McKowen | **Norman McClain** | ☐ D _____ |
| | | 335A Josephine Street | | ■ E/F __3.107__ |
| | | Denver, CO 80206 | | ☐ G _____ |
| 2.79 | **GrowCo, Inc.** | c/o John R. McKowen | **Paul D. Powell** | ☐ D _____ |
| | | 335A Josephine Street | **Nevada Trust** | ■ E/F __3.109__ |
| | | Denver, CO 80206 | | ☐ G _____ |
| 2.80 | **GrowCo, Inc.** | c/o John R. McKowen | **Paul Hartmann R/O** | ☐ D _____ |
| | | 335A Josephine Street | **IRA** | ■ E/F __3.110__ |
| | | Denver, CO 80206 | | ☐ G _____ |
| 2.81 | **GrowCo, Inc.** | c/o John R. McKowen | **PENSCO Trust** | ☐ D _____ |
| | | 335A Josephine Street | **Company, Custodian** | ■ E/F __3.112__ |
| | | Denver, CO 80206 | | ☐ G _____ |

| Debtor | **Two Rivers Farms F-2, Inc.** | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.82 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **PENSCO Trust Company, Custodian** | ☐ D _____<br>■ E/F __3.113__<br>☐ G _____ |
| 2.83 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Presley Reed and Patricia Reed** | ☐ D _____<br>■ E/F __3.114__<br>☐ G _____ |
| 2.84 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Richard Wiwi IRA 35-37093** | ☐ D _____<br>■ E/F __3.117__<br>☐ G _____ |
| 2.85 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Richland Fund, LLC** | ☐ D _____<br>■ E/F __3.118__<br>☐ G _____ |
| 2.86 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Robert Stanger** | ☐ D _____<br>■ E/F __3.121__<br>☐ G _____ |
| 2.87 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Samuel W. Morris, Jr.** | ☐ D _____<br>■ E/F __3.122__<br>☐ G _____ |
| 2.88 **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **San Gabriel Benf. Plan FBO John McGrain** | ☐ D _____<br>■ E/F __3.123__<br>☐ G _____ |

Debtor  **Two Rivers Farms F-2, Inc.**                    Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.89 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **San Gabriel Benf.**<br>**Plan FBO Justin**<br>**Yorke** | ☐ D _____<br>■ E/F __3.124__<br>☐ G _____ |
| 2.90 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **San Gabriel Fund,**<br>**LLC** | ☐ D _____<br>■ E/F __3.125__<br>☐ G _____ |
| 2.91 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Sandra Diaz R/O IRA** | ☐ D _____<br>■ E/F __3.126__<br>☐ G _____ |
| 2.92 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **SLMI Holding LLC** | ☐ D _____<br>■ E/F __3.127__<br>☐ G _____ |
| 2.93 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Sondra W. Margolies** | ☐ D _____<br>■ E/F __3.128__<br>☐ G _____ |
| 2.94 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Stephen D. Brown** | ☐ D _____<br>■ E/F __3.130__<br>☐ G _____ |
| 2.95 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Stephen Troutman** | ☐ D _____<br>■ E/F __3.131__<br>☐ G _____ |

Debtor   **Two Rivers Farms F-2, Inc.**                                  Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.96 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Susan Doukas** | ☐ D _____<br>■ E/F  **3.132**<br>☐ G _____ |
| 2.97 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Thomas Forti** | ☐ D _____<br>■ E/F  **3.134**<br>☐ G _____ |
| 2.98 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Thomas Prasil Trust**<br>**u/a/d 11-26-03** | ☐ D _____<br>■ E/F  **3.135**<br>☐ G _____ |
| 2.99 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Timothy & Patricia**<br>**Gillis** | ☐ D _____<br>■ E/F  **3.137**<br>☐ G _____ |
| 2.100 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Tom Ellison** | ☐ D _____<br>■ E/F  **3.138**<br>☐ G _____ |
| 2.101 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **Ursula Gutscher** | ☐ D _____<br>■ E/F  **3.139**<br>☐ G _____ |
| 2.102 | **GrowCo, Inc.** | **c/o John R. McKowen**<br>**335A Josephine Street**<br>**Denver, CO 80206** | **VetaNova, Inc.** | ☐ D _____<br>■ E/F  **3.140**<br>☐ G _____ |

Debtor **Two Rivers Farms F-2, Inc.**

Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.103 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Wardenburg 2009 Family Trust** | ☐ D _____<br>▮ E/F __3.141__<br>☐ G _____ |
| 2.104 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Wayne Harding** | ☐ D _____<br>▮ E/F __3.142__<br>☐ G _____ |
| 2.105 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **West Hampton Special Situations Fund** | ☐ D _____<br>▮ E/F __3.143__<br>☐ G _____ |
| 2.106 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **William C. Kottke R/O IRA** | ☐ D _____<br>▮ E/F __3.145__<br>☐ G _____ |
| 2.107 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Kelley, Matthew Pensco Trust, FBO** | ☐ D _____<br>▮ E/F __3.87__<br>☐ G _____ |
| 2.108 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Kelly, Megan Pensco Trust, FBO Megan** | ☐ D _____<br>▮ E/F __3.88__<br>☐ G _____ |
| 2.109 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Bruce Robinson** | ☐ D _____<br>▮ E/F __3.12__<br>☐ G _____ |

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.110 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Raymond G. Tinney** | ☐ D _____<br>■ E/F __**3.115**__<br>☐ G _____ |
| 2.111 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Cheryl Williams** | ☐ D _____<br>■ E/F __**3.22**__<br>☐ G _____ |
| 2.112 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **William Bohlken and Kathy Lynn Adams** | ☐ D _____<br>■ E/F __**3.144**__<br>☐ G _____ |
| 2.113 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Richard Stark** | ☐ D _____<br>■ E/F __**3.116**__<br>☐ G _____ |
| 2.114 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **James Walker** | ☐ D _____<br>■ E/F __**3.70**__<br>☐ G _____ |
| 2.115 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **James Williams** | ☐ D _____<br>■ E/F __**3.71**__<br>☐ G _____ |
| 2.116 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Paul Powell** | ☐ D _____<br>■ E/F __**3.111**__<br>☐ G _____ |

| Debtor | **Two Rivers Farms F-2, Inc.** | | Case number *(if known)* | |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.117 | **GrowCo, Inc.** | c/o John R. McKowen 335A Josephine Street Denver, CO 80206 | **Dominik Barbalace and Belva Barvalace** | ☐ D _____ ◼ E/F __3.33__ ☐ G _____ |
| 2.118 | **GrowCo, Inc.** | c/o John R. McKowen 335A Josephine Street Denver, CO 80206 | **James Streett** | ☐ D _____ ◼ E/F __3.69__ ☐ G _____ |
| 2.119 | **GrowCo, Inc.** | c/o John R. McKowen 335A Josephine Street Denver, CO 80206 | **Charles Scheuerman and Lisa Scheuerman** | ☐ D _____ ◼ E/F __3.21__ ☐ G _____ |
| 2.120 | **GrowCo, Inc.** | c/o John R. McKowen 335A Josephine Street Denver, CO 80206 | **Stanley Minkin and Larisa Minkin JTWROS** | ☐ D _____ ◼ E/F __3.129__ ☐ G _____ |
| 2.121 | **GrowCo, Inc.** | c/o John R. McKowen 335A Josephine Street Denver, CO 80206 | **Geoffrey Poremba** | ☐ D _____ ◼ E/F __3.52__ ☐ G _____ |
| 2.122 | **GrowCo, Inc.** | c/o John R. McKowen 335A Josephine Street Denver, CO 80206 | **IRA Resources, Inc.** | ☐ D _____ ◼ E/F __3.65__ ☐ G _____ |
| 2.123 | **GrowCo, Inc.** | c/o John R. McKowen 335A Josephine Street Denver, CO 80206 | **Ripsaw Partners, LLC** | ☐ D _____ ◼ E/F __3.119__ ☐ G _____ |

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.124 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **David Hawks** | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.125 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Christopher Gordon, IRA** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.126 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Adalyn G. Frank, IRA** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.127 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Thomas Ziemann, IRA** | ☐ D _____<br>■ E/F __3.136__<br>☐ G _____ |
| 2.128 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Dan Foster IRA** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.129 | **GrowCo, Inc.** | c/o John R. McKowen<br>335A Josephine Street<br>Denver, CO 80206 | **Jack Garson and Mary Garson** | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.130 | **The Orlando Reservoir No. 2 Company, LLC** | 999 18th Street, Suite 3000-S<br>Denver, CO 80202 | **Marksheffel-Woodmen Investments, LLC** | ☐ D _____<br>■ E/F __3.97__<br>☐ G _____ |

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13<br>1 | **Two Rivers Water & Farming Company** | 999 18th Street, Suite 3000 Denver, CO 80202 | **Marksheffel-Woodmen Investments, LLC** | ☐ D _____<br>■ E/F __3.97__<br>☐ G _____ |
| 2.13<br>2 | **Two Rivers Water & Farming Company** | 999 18th Street, Ste. 3000 Denver, CO 80202 | **Patrick, Miller, Noto, PC** | ☐ D _____<br>■ E/F __3.108__<br>☐ G _____ |
| 2.13<br>3 | **Two Rivers Water & Farming Company** | 999 18th Street, Suite 3000 Denver, CO 80202 | **The Contiguglia Law Firm, P.C.** | ☐ D _____<br>■ E/F __3.133__<br>☐ G _____ |
| 2.13<br>4 | **Two Rivers Water & Farming Company** | 999 18th Street, Suite 3000 Denver, CO 80202 | **Melito Law LLC** | ☐ D _____<br>■ E/F __3.100__<br>☐ G _____ |
| 2.13<br>5 | **Two Rivers Water & Farming Company** | 999 18th Street, Suite 3000 Denver, CO 80202 | **BBA Water Consultants, Inc.** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.13<br>6 | **Two Rivers Water & Farming Company** | 999 18th Street, Suite 3000 Denver, CO 80202 | **Curley & Rothman LLC** | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.13<br>7 | **Two Rivers Water & Farming Company** | 999 18th Street, Suite 3000 Denver, CO 80202 | **Agriwater Farms, LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.13<br>8 | **Two Rivers Water & Farming Company** | 999 18th Street, Suite 3000 Denver, CO 80202 | **Easby Trust 1** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |

---

Debtor   **Two Rivers Farms F-2, Inc.**

Case number *(if known)*

---

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.13 9 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Easby Trust 2** | ☐ D _____<br>▮ E/F __3.36__<br>☐ G _____ |
|---|---|---|---|---|
| 2.14 0 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Easby Trust 3** | ☐ D _____<br>▮ E/F __3.37__<br>☐ G _____ |
| 2.14 1 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Easby Trust 4** | ☐ D _____<br>▮ E/F __3.38__<br>☐ G _____ |
| 2.14 2 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Easby Trust 5** | ☐ D _____<br>▮ E/F __3.39__<br>☐ G _____ |
| 2.14 3 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Easby Trust 6** | ☐ D _____<br>▮ E/F __3.40__<br>☐ G _____ |
| 2.14 4 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Carson Consulting LLC** | ☐ D _____<br>▮ E/F __3.15__<br>☐ G _____ |
| 2.14 5 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **GrowCo, Inc.** | ▮ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 6 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **GrowCo Partners 1, LLC** | ▮ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Two Rivers Farms F-2, Inc.** _____   Case number *(if known)* _____

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 7 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Colorado Water Conservation Board** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 8 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **G. Douglas Anderton** | ☐ D _____<br>■ E/F ___3.51___<br>☐ G _____ |
| 2.14 9 | **Two Rivers Water & Farming Company** | **999 18th Street, Suite 3000 Denver, CO 80202** | **Marksheffel-Woodme n Investments, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.3___ |

**Fill in this information to identify the case:**

Debtor name   **Two Rivers Farms F-2, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Land Lease** | **$2,085.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Land Lease** | **$5,400.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Land Lease** | **$19,400.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **Settlement Proceeds on Water Rights** | **$700,000.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **GPIC Mutual Settlement & Release Agreement** | **$2,050,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  **Two Rivers Farms F-2, Inc.**   Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **The Contiguglia Law Firm, P.C.** 138 W. 5th Ave Denver, CO 80204 | 7/2023 | $10,713.82 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Fees** |
| 3.2. **Carson Consulting LLC** 15300 N. 90th Street, Ste. 950 Scottsdale, AZ 85251 | 5/2023 - 8/2023 | $22,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Consulting Services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Robert Mark Harrington** 2083 County Road 104 Walsenburg, CO 81069 **Brother-Water System Labor** | 7-1-22 - Present | $63,981.21 | **Wages and Reimbursement of Expenses** |
| 4.2. **Spruce Mountain Land & Cattle, LLC** Box 506 Pecatonica, IL 61063 **Managing Member - Guarantor** | 8-1-2022 | $115,000.00 | **Interest Payment on Promissory Note** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Two Rivers Farms F-2, Inc.** | Case number *(if known)* |
|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Tung Chan, Securities Commissioner for the State of Colorado v. Two Rivers Water & Farming Company, et al.**<br>**2021CV033922** | **Injunctive and Other Relief** | **District Court, Denver County, Colorado**<br>**1437 Bannock Street**<br>**Denver, CO 80202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Emerging Growth Equities Ltd and Gregory Berlacher v. Two Rivers Water and Farming Company**<br>**230100684** | **Indemification and related claims (Orlando assets used as collateral for GrowCo offering)** | **Court of Common Pleas, Philadelphia Co**<br>**1400 John F. Kennedy Blvd.**<br>**Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **Two Rivers Farms F-2, Inc.**                              Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Buechler Law Office, LLC 999 18th Street, SUite 1230 Denver, CO 80202 | Legal Fees | 11-2023 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Investors Fiduciary, LLC | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 129 W. B Street Pueblo, CO 81003 | 6-1-20 - 4-30-21 |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | Two Rivers Farms F-2, Inc. | Case number *(if known)* |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Butte Barn**<br>**2083 Couinty Road 104**<br>**Walsenburg, CO 81069** | **Greg Harrington; Robert Mark Harrington** | **Office furniture, computer equipment, ditching equipment** | ☐ No<br>☒ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Two Rivers Farms F-2, Inc.** _____        Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Shereena Smith** **28150 N. Alma School Pkwy** **Suite 103-631** **Scottsdale, AZ 85262** | **8-2-20 - Present** |
| 26a.2. | **Marely Mason PLC** **2600 W. Geranimo Place, STe. 100** **Chandler, AZ 85224** | |
| 26a.3. | **Technisch Inc.** **30 N. Gould St., Ste. 9082** **Sheridan, WY 82801** | **5-1-21 - 12-31-21** |

Debtor  **Two Rivers Farms F-2, Inc.**                                      Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4.   **Front Range Accounting Consultants**<br>**4704 Sonado Place**<br>**CO 81340** | **7-1-20 - 5-26-21** |
| 26a.5.   **Greg Harrington**<br>**4400 N. Scottsdale Rd., Ste. 90289**<br>**Scottsdale, AZ 85257** | **5/27/21 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Shereena Smith**<br>**28150 N. Alma School Pkwy**<br>**Suite 103-631**<br>**Scottsdale, AZ 85262** | **8-1-20 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Greg Harrington**<br>**4400 N. Scottsdale Rd., Ste. 9-289**<br>**Scottsdale, AZ 85257** | **5-27-21 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Greg Harrington** | **4400 N. Scottsdale Rd., Ste. 9-289**<br>**Scottsdale, AZ 85257** | **Managing Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Orlando Reservoir No. 2 Company** | **999 18th Street, Suite 3000-S**<br>**Denver, CO 80202** | | **100%** |

Debtor    **Two Rivers Farms F-2, Inc.**                                    Case number *(if known)*

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ **No**
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Greg Harrington**<br>**4400 N. Scottsdale Rd., Ste. 9-289**<br>**Scottsdale, AZ 85251** | **Unknown** | **2022-2023** | **Salary** |
| | Relationship to debtor<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ **No**
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ **No**
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  6, 2023**

**/s/ Greg Harrington**                                    **Greg Harrington**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re  __Two Rivers Farms F-2, Inc.__

Debtor(s)

Case No. _____

Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Two Rivers Farms, LLC**<br>**999 18th Street, Suite 3000-S**<br>**Denver, CO 80202** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __December  6, 2023__

Signature  **/s/ Greg Harrington**

**Greg Harrington**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Colorado

In re  **Two Rivers Farms F-2, Inc.** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December  6, 2023** _____

**/s/ Greg Harrington** _____

**Greg Harrington**/
Signer/Title